UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr00697-MJL |
| Plaintiff, | ) | |
| v. | ) | |
| **JESUS VILLEGAS-RUIZ**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.13 ) requesting the continuance of the sentencing hearing currently set for July 30 2007 and continued to August 27, 2007, at 8:30 a.m., be **GRANTED.**

**SO ORDERED**.

DATED: July 24, 2007

_____
M. James Lorenz
United States District Court Judge